**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

UNITED STATES OF AMERICA

v.                              Case No. 4:13-cr-00001 KGB

JAMELLE ALEXANDER ARNOLD

### FINAL ORDER OF FORFEITURE

On January 8, 2014, the Court entered a Preliminary Order of Forfeiture (Dkt. 36), ordering Jamelle Alexander Arnold to forfeit his interest in One Para Ordinance, .45 caliber pistol, bearing serial number DA 5516 ("forfeited property"). The Order provided that it would become final as to Jamelle Alexander Arnold at the time of sentencing and would become a final order of forfeiture if no third party filed a timely claim to the forfeited property. The Court has sentenced the defendant, and no one has filed a claim to the forfeited property. The preliminary order of forfeiture, therefore, ripens into a final order of forfeiture. The United States now has all right, title, and interest in the forfeited property. Any prior claims in and against the forfeited property are extinguished and declared void. The property shall be turned over to the United States Marshals Service and disposed of according to law.

SO ORDERED this 3rd day of April, 2014.

_____
United States District Judge